**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WHITESELL CORPORATION,  Plaintiff,  v.  ELECTROLUX HOME PRODUCTS, INC., HUSQVARNA AB, and HUSQVARNA OUTDOOR PRODUCTS INC.,  Defendants,  and  SLIDEMATIC PRECISION COMPONENTS, INC.,  Subpoena Respondent. | Case No. 3:18-cv-50104  Judge Frederick J. Kapala  Mag. Judge Iain D. Johnston  Related Case No. CV 1:03-050-JRH, pending in the United States District Court for the Southern District of Georgia, Augusta Division |

**NOTICE OF WITHDRAWAL OF MOTION**

Defendant Husqvarna Outdoor Products, Inc. ("HOPI"), through its undersigned counsel, hereby informs the Court that the parties have resolved their dispute regarding the Subpoena to Slidematic Precision Components, Inc. dated March 8, 2018, and HOPI thus withdraws its Motion to Quash Subpoena (ECF No. 1). Accordingly, HOPI respectfully requests that this Court strike the presentment hearing previously set for May 10, 2018 and grant any other relief that the Court thinks appropriate.

1

| | |
|---|---|
| Dated: May 9, 2018 | HUSQVARNA OUTDOOR PRODUCTS, INC.<br><br>By: /s/ Joseph A. Roselius<br>       One of its attorneys<br><br>Joseph A. Roselius<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>T 312.368.7034<br>E joseph.roselius@dlapiper.com |

Of Counsel:

R. Perry Sentell, III
Joseph H. Huff
Laurel Payne Landon
Kilpatrick Townsend & Stockton LLP
Enterprise Mill
1450 Greene Street, Suite 230 (01)
Post Office Box 2043
Augusta, Georgia 30903-2043
T (706) 823-4260
E psentell@kilpatricktownsend.com
E jhuff@kilpatricktownsend.com
E llandon@kilpatricktownsend.com

James M. Brogan
Matthew A. Goldberg
Brian J. Boyle
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
T (215) 656-3300
E james.brogan@dlapiper.com
E matthew.goldberg@dlapiper.com
E brian.boyle@dlapiper.com

*Counsel for Defendants Husqvarna AB and Husqvarna Outdoor Products Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I caused a copy of the foregoing **Notice of Withdrawal of Motion** to be served on counsel of record by CM/ECF and by electronic mail to:

Faith E. Gay, Esq.
Yelena Konanova, Esq.
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
E fgay@selendygay.com
E lkonanova@selendygay.com

Hal Leitman, Esq.
Rountree & Leitman LLC
Building B, Suite 100
2800 North Druid Hills Road
Atlanta, GA 30329
E hleitman@randllaw.com

*Counsel for Whitesell*

Edward J. Sedlacek, Esq.
Huck Bouma, PC
1755 S. Naperville Road
Suite 200
Wheaton, IL 60189
E esedlacek@huckbouma.com

*Counsel for Slidematic*

Kyle G.A. Wallace, Esq.
E. Bowen Reichert Shoemaker, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
E kyle.wallace@alston.com
E bowen.shoemaker@alston.com

*Counsel for EHP*

       /s/ Joseph A. Roselius