UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

Whitesell Corporation

                                Plaintiff,

v.                                                          Case No.: 3:18−cv−50104
                                                            Honorable Frederick J. Kapala

Electrolux Home Products, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 10, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of withdrawal [8], the motion to quash is withdrawn and the 5/10/2018 hearing is stricken. This case is terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.